# 652    APPELLATE COURTS OF ILLINOIS.

Porto Rico Fruit Exchange, appellee, v. Michigan Central Railroad Company, appellant. Gen. No. 24,044.
Action by consignee of fruit for loss of shipment by fire while in possession of carrier as warehouseman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed December 24, 1918.
Winston, Strawn & Shaw, for appellant; Frank H. Towner, of counsel. Joseph M. Connery, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

Joseph Martin, appellee, v. Michigan Central Railroad Company, appellant. Gen. No. 24,072.
Action for breach of contract to carry live stock. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed. Opinion filed December 24, 1918.
Winston, Strawn & Shaw, for appellant; Frank H. Towner and Nahum Morrill, of counsel. Charles A. Butler, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

James T. Swaggerty, appellee, v. Eulah Swaggerty, appellant. Gen. No. 24,075.
Bill for divorce on ground of adultery. Cross-bill on ground of cruelty. Decree for complainant and cross-bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed in part, reversed in part, and remanded with directions. Opinion filed December 31, 1918.
Edgar A. Jonas, for appellant. Frank T. Jordan, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Noah A. Lehman, appellant, v. George P. Bent Company, appellee. Gen. No. 24,085.
Action for breach of contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.
Dillard B. Baker, for appellant. Thompson, Tyrrell & Chambers, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Martin Quinn, appellee, v. Edward A. Perreault, appellant. Gen. No. 24,104.
Action to recover for damage to an automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.
Lambert & Mayer, for appellant. James F. Hutchison and George W. Underwood, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.